# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*


RECEIVED JUN - 4 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

June 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

**MEMO ENDORSED**

**BY FAX (212) 805-7917**

Honorable Robert P. Patterson, Jr.
Senior United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

    Re:  **United States v. Leon A. Clarke**
           07 CR 1215-01(RPP)

Dear Judge Patterson:

    Pursuant to the discussion yesterday during the sentencing hearing, I request that you order Pretrial Services to assist Mr. Clarke in finding an appropriate drug counseling program and report his progress to the Court by November 24, 2009.

                         Respectfully submitted,

                         *[signature]*
                         PHILIP L. WEINSTEIN
                         Assistant Federal Defender

*June 4, 2008 [signature]*
SO ORDERED

PLW/hcs

cc: Christian Everdell, Esq.
    Assistant U.S. Attorney/SDNY

    Mr. Leon Clarke