Mr. Leon Clarke DIN # 14r1260
Cayuga Correctional Facility
P.O. BOX 1186
Moravia, N.Y, 13118



June 15, 2015

Patterson, Robert P. Jr.
(Sr. Jus. Dis. Ct. South Dist.)
Daniel Patrick Moynihan U.S. Ct. Hse. Rm 2550
500 Pearl St. Rm 2550
New York, N.Y, 10007

RE: United States V.S Leon Clarke (60579-054)
(07cr1215)

Your Honor:

    I am respectfully requesting your permission to participate in following Temporary Release Programs (T.R.P): family furlough, job search furlough, short-term educational/ vocational furlough and work release as per 7NYCRR 1900.4. but this cannot be done with out the court first removing my federal detainer which shows up as a open case warrant. This is also a request from me to the court.

    I am requesting the family furlough for the purpose of maintaining family ties and solving family problems. I am requesting the job search furlough to begin taking positive steps to assist my family financialy. I wish to attend the short-term educational/vocational furlough program for the aforementioned reason and also to my family emotionally.

    My current incarceration has shown me the error of my ways. The rehabilatative process has been working for me and I am ready to take the positive steps necessary to become a returning citizen. What I am trying to say your honor is, that I have come to realize my selfish acts were not benificial to my family or myself, and with the granting of your permission to participate in these programs will help me and my family right this wrong in our life.

    Thank you for your time, efforts and commitment to to justice your honor. Forward responses to I.R.C Cayuga Correctional Facility, P.O. BOX 1186, Moravia, N.Y., 13118.

Sincerly

Clarke, Leon

*Our Probation Office has confirmed with the United States Marshal that there are no active detainers or warrants with respect to Mr. Clarke at this time. Thus, the Court has no objection to his participation in a Temporary Release Program.*
*9/10/15*

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE